The second issue must also be resolved in favor of the taxpayer. Under the decisions of this Board in the *Appeal of Hotel De France Co.*, 1 B. T. A. 28, and the *Appeal of Grosvenor Atterbury*, 1 B. T. A. 169, the value of the lease may be amortized and an aliquot part deducted annually.

---

**Appeal of JOE SIEGEL, INC.**　　　　　　　　**Docket No. 1739.**

Submitted April 1, 1925; decided May 6, 1925.

*Harry Friedman, Esq.*, for the taxpayer.

*A. Calder Mackay, Esq.*, for the Commissioner.

Before GRAUPNER, LANSDON, and GREEN.

This is an appeal from a determination of a deficiency in income tax for the calendar year 1922. The appeal presents in substance the same question passed upon by this Board in the appeals of the *Carroll Chain Co.*, 1 B. T. A. 38, and the *Patapsco Ballast Co.*, 1 B. T. A. 1081. From the allegations of the petition which were admitted by the answer of the Commissioner, we make the following

FINDINGS OF FACT.

The taxpayer is a New York corporation. On December 11, 1924, the taxpayer received the usual deficiency letter asserting a deficiency in the sum of $479.66. This corporation was organized early in the year 1921, having filed its certificate of incorporation on January 3 of that year and having received its authorization to do business on the 7th day of January. The corporation sustained a net loss of $5,344.97 in 1921, and so reported in its income-tax return. In its income-tax return for 1922 it set up the net loss for the year 1921 as a deduction, and after taking such deduction showed a net income of $492.32. The Commissioner disallowed the net-loss deduction upon the theory that the taxpayer had not had a full taxable year 1921.

DECISION.

The deficiency determined by the Commissioner is disallowed.

---

**Appeal of MORRIS FEUER.**　　　　　　　　**Docket No. 444.**

Submitted March 30, 1925; decided May 6, 1925.

*David A. Ticktin, Esq.*, for the taxpayer.

*Laurence Graves* and *James T. Dortch, Esqs.*, for the Commissioner.

Before JAMES, STERNHAGEN, and TRUSSELL.

This appeal involves a deficiency in income taxes for the years 1919, 1920, and 1921, in the amount of $616,481.50, as set forth in the Commissioner's deficiency letter of August 28, 1924.

FINDINGS OF FACT.

The taxpayer during the years in question was engaged in the saloon and restaurant business in the City of New York. He carried during this period a considerable cash balance in the bank and made a regular practice of cashing pay-roll checks for firms and other individuals engaged in the manufacture of cloaks and suits and women's and children's dresses in the vicinity of his place of business. The taxpayer kept books of account, but, when visited by examining revenue agents, these books had either been lost or destroyed by fire or were otherwise not available to the examiners. Under these circumstances, the examiners determined his total bank deposits for the period in question, deducted therefrom the expenses of his business so nearly as they could be determined, and recommended the assessment of the additional tax here in question on the basis of the net income shown by the difference between the bank deposits above mentioned and the expenses so estimated.

The taxpayer's bank account was throughout the period in question used for the most part to clear checks for others, and only a small portion of his total deposits represented gross income from his business or otherwise accrued to him personally.

Counsel for the Commissioner and the taxpayer by agreement have stipulated the taxpayer's correct deficiency for the years in question, which is for the year 1919, $156.10, for the year 1921, $210.04, and have stipulated for the year 1920 there is an over-assessment of $37.06.

DECISION.

In accordance with the stipulation, the deficiency originally determined by the Commissioner is allowed in part and disallowed in part and the taxpayer's total deficiency for the years 1919, 1920, and 1921, is determined to be $329.08.

---

Appeal of **CONFECTIONER'S MER-**        Docket No. 766.
**CANTILE AGENCY.**

Submitted April 7, 1925; decided May 6, 1925.

*David Berdon, Esq.,* for the taxpayer.
*James T. Dortch, Esq.,* for the Commissioner.

Before JAMES, STERNHAGEN, and TRUSSELL.

The taxpayer is a New York corporation with principal offices at 438 Broadway, New York City. This appeal is from a deficiency in income and profits taxes for the year 1920 in the amount of $22,574.05. The Commissioner made a reexamination of the books of the taxpayer.

As a result of this reexamination the Commissioner, on April 7, 1925, filed with the Board a statement that no deficiency in tax exists for the year 1920.

DECISION.

The deficiency determined by the Commissioner is disallowed.